UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
Attorneys for Harley-Davidson

Case No: 18-32179 JNP

Chapter: 13

In Re:

Nicholas D. Gonzales
aka Nicholas David Centanzo Gonzalez

Judge: Jerrold N. Poslusny Jr.

Debtor

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Harley-Davidson.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

Date:11/07/2019                                    **/s/Kevin G. McDonald, Esquire**
                                                   Kevin G. McDonald, Esquire
                                                   **KML Law Group, P.C.**
                                                   216 Haddon Avenue, Ste. 406
                                                   Westmont, NJ 08108
                                                   (609) 250-0700 (NJ)
                                                   (215) 627-1322 (PA)
                                                   FAX: (609) 385-2214
                                                   Attorney for Movant/Applicant

*new 8/1/15*