Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32179−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicholas D. Gonzales
   aka Nicholas David Centanzo Gonzalez
   986 Pitney Road
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−7262

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 19, 2020
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32179-JNP
Nicholas D. Gonzales                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2             Date Rcvd: May 19, 2020
                              Form ID: 148           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
```
db            +Nicholas D. Gonzales,   986 Pitney Road,   Absecon, NJ 08201-9710
cr            +HOME POINT FINANCIAL CORPORATION,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
                Suite 100,   Mt. Laurel, NJ 08054-3437
517955475    ++HOME POINT FINANCIAL CORPORATION,    11511 LUNA ROAD,   2ND AND 3RD FLOOR,
                FARMERS BRANCH TX 75234-6451
               (address filed with court:  Home Point Financial Corporation,   11511 Luna Road, Suite 300,
                Farmers Branch, TX 75234)
517969862     +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
517860069     +Home Point Financial C,   11511 Luna Rd Ste 300,   Farmers Branch, TX 75234-6451
517860078     +Home Point Financial Corporation,   Phelan Hallinan Diamond & Jones, PC,
                400 Fellowship Road Ste 100,   Mount Laurel, NJ 08054-3437
517863624     +Home Point Financial Corporation,   c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,   Loveland, OH 45140-8362
517860083     +Snap On Crdt,   950 Technology Way,   Suite 301,   Libertyville, IL 60048-5339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 19 2020 23:00:25     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2020 23:00:24     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517860061     +EDI: CAPITALONE.COM May 20 2020 02:38:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
517860062     +EDI: CCS.COM May 20 2020 02:38:00      Ccs Collections,   725 Canton St,
                Norwood, MA 02062-2679
517860063     +EDI: COMCASTCBLCENT May 20 2020 02:38:00      Comcast Bankruptcy Department,
                Attn: Jackie Gaynor,   401 White Horse Rd Ste 2,   Voorhees, NJ 08043-2604
517860064     +EDI: WFNNB.COM May 20 2020 02:38:00      Comenitybank/New York,   Po Box 182789,
                Columbus, OH 43218-2789
517860065     +E-mail/PDF: creditonebknotifications@resurgent.com May 19 2020 23:05:25     Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
517860066      EDI: BLUESTEM May 20 2020 02:38:00      Fingerhut,   6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
517860067     +EDI: AMINFOFP.COM May 20 2020 02:38:00      First Premier Bank,   Attn: Bankruptcy,
                Po Box 5524,   Sioux Falls, SD 57117-5524
517955475      E-mail/Text: bankruptcy@homepointfinancial.com May 19 2020 22:59:54
                Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234
517860068     +E-mail/Text: bankruptcy.notices@hdfsi.com May 19 2020 23:00:38     Harley Davidson Financial,
                Attn: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
517908907      EDI: JEFFERSONCAP.COM May 20 2020 02:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617
517860070      EDI: JEFFERSONCAP.COM May 20 2020 02:38:00      Jefferson Capital Systems, LLC,   16 Mceland Rd,
                Saint Cloud, MN 56303
517962222      E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 23:05:48     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517860071     +E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 23:05:27
                LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
517860072     +EDI: MID8.COM May 20 2020 02:38:00      Midland Funding,   2365 Northside Dr,   Suite 300,
                San Diego, CA 92108-2709
517903265      EDI: AGFINANCE.COM May 20 2020 02:38:00      ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
517860073     +EDI: AGFINANCE.COM May 20 2020 02:38:00      OneMain Financial,   Attn: Bankruptcy,
                601 Nw 2nd Street,   Evansville, IN 47708-1013
517860074     +E-mail/Text: bkrnotice@prgmail.com May 19 2020 23:00:24     Paragon Revenue Group,
                216 Le Phillip Ct Ne,   Concord, NC 28025-2954
517962224      E-mail/PDF: resurgentbknotifications@resurgent.com May 19 2020 23:05:04
                Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517903051     +EDI: JEFFERSONCAP.COM May 20 2020 02:38:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517951654      EDI: Q3G.COM May 20 2020 02:38:00      Quantum3 Group LLC as agent for,   MOMA Trust LLC,
                PO Box 788,   Kirkland, WA 98083-0788
517860079     +E-mail/Text: jboehler@shorememorial.org May 19 2020 23:00:51     Shore Medical Center,
                100 Medical Center Way,   Somers Point, NJ 08244-2300
                                                                                              TOTAL: 23
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517860075*    +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
517860076*    +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
517860077*    +Paragon Revenue Group,   216 Le Phillip Ct Ne,   Concord, NC 28025-2954
517860080*    +Shore Medical Center,   100 Medical Center Way,   Somers Point, NJ 08244-2300
517860081*    +Shore Medical Center,   100 Medical Center Way,   Somers Point, NJ 08244-2300
517860082*    +Shore Medical Center,   100 Medical Center Way,   Somers Point, NJ 08244-2300
                                                                          TOTALS: 0, * 6, ## 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 19, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com
          Andrew Thomas Archer    on behalf of Debtor Nicholas D. Gonzales aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Harley-Davidson kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION
           nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```